Kimberly Edward
P.O. Box 312
Pickens, Ms 39146



RECEIVED
JAN 31 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court St. Ste 2.500
Jackson, Ms 39201

